UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EULOGIO MORA, JR.,

                Plaintiff,

        v.                                9:03 -CV-1217

RICHARD J. BOCKELMANN, Sheriff of Ulster
County; BRADFORD EBEL, Corrections
Superintendent of Ulster County Jail; D.
SICKELS, Corrections Officer of Ulster
County Jail; and CORRECTIONS MEDICAL
CARE, INC.,

                Defendants, Cross-Claimants,
                and Cross-Defendants.
_____

APPEARANCES:                              OF COUNSEL:

EULOGIO MORA, JR.
Plaintiff Pro Se
No. 03-A-5105
Livingston Correctional Facility
Box 1991
Sonyea, New York 14556-0049

MAYNARD, O'CONNOR, SMITH &          MICHAEL CATALINOTTO, SR., ESQ.
 CATALINOTTO, LLP                       ROBERT A. RAUSCH, ESQ.
Attorney for Defendants Bockelmann, Ebel,
 and Sickels
6 Tower Place
Albany, New York 12203

WILSON, ELSER, MOSKOWITZ, EDELMAN    F. DOUGLAS NOVOTNY, ESQ.
 & DICKER, LLP                           ELIZABETH J. GROGAN, ESQ.
677 Broadway - 9th Floor
Albany, New York 12207-2996

NORMAN A. MORDUE, CHIEF JUDGE

ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 29th day of January, 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. Defendants' motions to dismiss the complaint pursuant to Fed. R. Civ. P. 37(d) (Docket Nos. 67, 68) are granted, and the case is terminated as to all claims and all defendants.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 22, 2007
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge